UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Eustolio Flores,<br><br>        Plaintiff,<br><br>v.<br><br>National Railroad Passenger Corp. d/b/a Amtrak,<br><br>        Defendant. | No. _____<br><br>**COMPLAINT**<br>**(JURY TRIAL DEMANDED)** |

## **INTRODUCTION**

1. National Railroad Passenger Corp. d/b/a Amtrak's negligence contributed to its employee, Eustolio Flores, suffering a serious injury. For his injuries, Flores is entitled to compensation under the Federal Employers Liability Act. This law governs workplace injuries in the railroad industry instead of workers' compensation laws.

## **PARTIES**

2. Flores resides in this District.

3. Amtrak, is a passenger railroad operating throughout the country, including in this District.

## **JURISDICTION AND VENUE**

4. This Court has jurisdiction under 28 U.S.C. § 1331.

5. Venue is proper under 28 U.S.C. § 1391 because Flores resides in this district, Amtrak operates in this district, and the illegal conduct occurred in this district.

## **FACTUAL ALLEGATIONS**

6. On March 17, 2021, Amtrak instructed Flores to assist in building switch panels.

7. So that Flores could do his job, the rail had to be lifted.

8. The operator of the machine that was holding the rail released it.

9. The rail fell on Flores's foot, seriously injuring him.

10. The operator should not have released the rail when he did.

11. Amtrak is liable for the operator's negligence pursuant to the Federal Employers Liability Act.

## CAUSE OF ACTION

12. As a result of Amtrak's negligence, Flores sustained injuries to his left foot.

13. Amtrak's negligence included (a) failing to provide Flores with a reasonably safe place in which to work; (b) failing to provide proper and reasonably safe equipment and resources; (c) failing to abide by relevant portions of the Locomotive Inspection Act and/or Safety Appliance Act; (d) failing to comply with applicable provisions of the Code of Federal Regulations; (e) having employees perform unsafe train operations, train handling, and braking; (f) failing to provide proper maintenance and inspection; (g) failing to provide sufficient training and resources; (h) requiring Flores to perform work activities that were unsafe; and (i) other acts of negligence to be discovered.

14. As a result of Amtrak's negligence, Flores suffered injuries and damages, including loss of income, reduced earning capacity and loss of fringe benefits; physical and emotional pain and suffering; shock, fright and fear of serious injury; loss of household services; loss of or reduced capacity for the enjoyment of life; medical, pharmaceutical, and rehabilitation costs; and out of pocket expenses.

## REQUEST FOR RELIEF

15. Flores requests that the Court find Amtrak acted in direct violation of the Federal Employers Liability Act.

16. Flores further requests that the Court order Amtrak to pay to him an award for : (a) compensatory damages arising from loss of income (or potential loss of income) and benefits in an amount to be determined by the trier of fact; (b) pain and suffering in an amount to be determined by the trier of fact; (c) loss of enjoyment in life in an amount to be determined by the trier of fact; (d) past and future medical care in an amount to be determined by the trier of fact; (e) emotional distress in an amount in to be determined by the trier of fact.

17. WHEREFORE, Flores prays for judgment against Amtrak forrecovery of reasonable damages in an amount sufficient to fully compensate Flores for the damages and losses suffered, together with all costs, disbursements, and whatever other relief the Court deems appropriate.

## DEMAND FOR JURY TRIAL

18. Flores demands a trial by jury on all causes of action.

**PLAINTIFF'S COUNSEL**

March 8, 2024

/s/ Bryan J. O'Connor
Bryan J. O'Connor, ARDC #47510
Whiteside & Goldberg, Ltd.
155 N. Michigan Avenue, Suite 540
Chicago, IL 60601
Phone: (312) 334-6875

Nicholas D. Thompson, application for admission *pro hac vice* forthcoming
Michael T. Rapier, application for admission *pro hac vice* forthcoming
Casey Jones Law
323 N. Washington Ave., Suite 200
Minneapolis, MN 55401